# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James K. Moore, Jr.,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                       3:07-cv-112

US Parole Commission, et al.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2007 Order.

**Signed: March 29, 2007**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court