# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James K. Moore, Jr.,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:07-cv-112

US Parole Commission, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2007 Order.

**Signed: March 29, 2007**

Frank G. Johns, Clerk
United States District Court